Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
E-mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
Esther Rosie Soto

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ESTHER ROSIE SOTO, | Case No.: 13-cv-00893-GSA |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| | (Doc. 12) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the parties' stipulation (Doc. 12) pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), this matter is dismissed with prejudice; each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **December 4, 2013**     /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE